**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 98-10311
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LORETA DE-ANN COFFMAN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:92-CR-238-6-T
- - - - - - - - - -
December 23, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Loreta De-Ann Coffman argues that the district court's imposition of consecutive sentences for her convictions for possession with intent to distribute cocaine and crack cocaine (count 2) and for the distribution of cocaine and crack cocaine and manufacturing crack cocaine within 1000 feet of a school (count 26) violates the Double Jeopardy Clause of the Constitution.

We have reviewed the record and have determined that the district court did not err in imposing consecutive sentences for counts 2 and 26 because each count involved separate drug offenses

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

which occurred at two different locations.  The indictment did not result in the imposition of multiplicious sentences and, thus, did not violate the Double Jeopardy Clause of the Constitution.  <u>United States v. Cluck</u>, 143 F.3d 174, 178-79 (5th Cir. 1998).

AFFIRMED.